Bethany Stevens (SBN 245672)
bstevens@wscylaw.com
Walker Stevens Cannom Yang LLP
500 Molino Street #118
Los Angeles, CA 90013
Telephone: (213) 712-9145
Facsimile: (213) 403-4906
*Attorney for Plaintiff, Blackbird Tech LLC d/b/a Blackbird Technologies*

Daniel M. Cislo, (SBN No. 125,378)
dancislo@cislo.com
David B. Sandelands, (SBN 198,252)
dsandelands@cislo.com
CISLO & THOMAS LLP
12100 Wilshire Blvd., Suite 1700
Los Angeles, California 90025
Telephone: (310) 979-9190
Telefax: (310) 394-4477
*Attorneys for Defendants Tuffstuff Fitness International, Inc. and The Gym Source, Inc.*

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLACKBIRD TECH LLC d/b/a BLACKBIRD TECHNOLOGIES,<br><br>　　Plaintiff,<br><br>v.<br><br>TUFFSTUFF FITNESS INTERNATIONAL, INC., AND THE GYM SOURCE, INC.,<br><br>　　Defendants. | CASE NO.　2:17-cv-03487-R-GJS<br><br>**[~~PROPOSED~~] ORDER RE STIPULATION OF DISMISSAL**<br><br>HON. MANUEL L. REAL |

# [PROPOSED] ORDER

Upon consideration of the parties' Stipulation of Dismissal, **IT IS HEREBY ORDERED** that this case is dismissed without prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

DATED: October 5, 2017      _____

The Honorable Manuel L. Real